# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

ARASH RAMEZANI,

    Plaintiff,

v.                                           Case No: 6:23-cv-544-RBD-LHP

SECRETARY, DEPARTMENT OF
HOMELAND SECURITY,
DIRECTOR, U.S. CITIZENSHIP
AND IMMIGRATION SERVICES
and ORLANDO FIELD DIRECTOR,
U.S. CITIZENSHIP AND
IMMIGRATION SERVICES,

    Defendants.

## ORDER OF DISMISSAL

Before the Court is Plaintiff's Notice of Voluntary Dismissal (Doc. 22), filed June 6, 2023. No answer has been filed. Accordingly, it is **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED WITH PREJUDICE**. The Clerk is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on June 7, 2023.



ROY B. DALTON JR.
United States District Judge